**DISMISS and Opinion Filed April 28, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00148-CV

**CAROL OWENS, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO JOHN PAUL OWENS, DECEASED, SHEROL STEVENSON, AND RANDALL OWENS, Appellants**

**V.**

**WADE C. BUDNEY D/B/A A HELPING HAND SENIOR CARE SERVICES, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-18057**

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Nowell
Opinion by Justice Osborne

Before the Court is appellants' motion to dismiss the appeal. We grant the

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Leslie Osborne//
LESLIE OSBORNE
JUSTICE

220148f.p05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CAROL OWENS, INDIVIDUALLY
AND AS SUCCESSOR-IN-
INTEREST TO JOHN PAUL
OWENS, DECEASED, SHEROL
STEVENSON, AND RANDALL
OWENS, Appellants

No. 05-22-00148-CV          V.

WADE C. BUDNEY D/B/A A
HELPING HAND SENIOR CARE
SERVICES, Appellee

On Appeal from the 14th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-18057.
Opinion delivered by Justice
Osborne. Justices Myers and Nowell
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee WADE C. BUDNEY D/B/A A HELPING HAND SENIOR CARE SERVICES recover his costs of this appeal from appellants CAROL OWENS, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO JOHN PAUL OWENS, DECEASED, SHEROL STEVENSON, AND RANDALL OWENS.

Judgment entered this 28th day of April, 2022.